[No. 59986-1-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LOUIS GARROTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07082-6, Linda Lau, J., entered February 7, 2007. *Dismissed* by unpublished per curiam opinion.

[Nos. 60024-9-I; 60025-7-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERLISE CLIFTON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-1-08481-2, Brian D. Gain, J., entered May 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60049-4-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER S. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02525-9, Richard A. Jones, J., entered May 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60265-9-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN L. MONDAY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04752-1, Michael Hayden, J., entered July 9, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Becker, JJ.

[No. 60399-0-I.   Division One.   December 22, 2008.]

*In the Matter of the Personal Restraint of* LAQUANA RENEE GREEN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J.